IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFF BAILEY                                                                              PLAINTIFF

v.                                      Case No. 6:24-cv-6095

DEREK SCOTT FINKBEINER; JENNIFER E.
CORLEY                                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 22. Judge Bryant recommends that Defendant Jennifer E Corley's Motion to Dismiss (ECF No. 14) be denied.

No party has objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 22) in toto.  Defendant Corley's Motion to Dismiss (ECF No. 14) hereby is **DENIED**.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge