IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JEFF BAILEY**                                                                        **PLAINTIFF**

V.                     **CASE NO. 6:24-CV-06095**

**SCOTT FINKBEINER, individually and
In his official capacity as Hot Spring
County Sheriff; and
JENNIFER E. CORLEY, individually**                        **DEFENDANTS**

## NOTICE OF DISCOVERY MATERIALS

I hereby certify that on the 2nd day of April, 2025, Separate Defendant, Jennifer E. Corley, Interrogatories and Requests for Production of Documents propounded to Plaintiff, Jeff Bailey, were <u>e-mailed</u> to Jeff Bailey, Pro Se Plaintiff, to the following email address:

Email:  mailarkansas@gmail.com

                                                  Respectfully submitted,

BY: *Winston C. Mathis*
WINSTON C. MATHIS Ark. Bar #97098
Attorney for Intervenor
Mathis Law Firm
402 Main St./ P.O. Box 399
Arkadelphia, AR 71923
(870) 246-5886
mathislawfirm@gmail.com

## CERTIFICATE OF SERVICE

I, Winston C. Mathis, attorney for the Intervenor, hereby certify I have this 2nd day of April, 2025 served the above and foregoing pleading to the following attorney/ pro se litigant of record via electronic mail:

Jeff Bailey
mailarkansas@gmail.com

Attorneys for Separate Defendant Derek Finkbeiner

Harper Kiefer
Fuqua Campbell, P.A.
Attorneys at Law
3700 Cantrell Rd, Suite 204
Little Rock, AR  72202
501-374-0200
hkiefer@fc-lawyers.com

John T. Adams
jadams@fc-lawyers.com

Chris Stevens
cstevens@fc-lawyers.com

Annie Depper
adepper@fc-lawyers.com

*Winston C. Mathis*
Winston C. Mathis