IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFF BAILEY                                                                                           PLAINTIFF

vs.                                             Civil No. 6:24-cv-06095

DEREK SCOTT FINKBEINER and
JENNIFER E. CORLEY                                                                          DEFENDANTS

## ORDER

Pending now before the Court is the Joint Motion for Extension of Discovery Deadline. ECF No. 38. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court.

With this Motion, the parties state they wish to conduct discovery for thirty (30) days past the current discovery deadline to address unresolved issues. ECF No. 38. The parties request the discovery deadline be extended until June 23, 2025. *Id.*

The Court finds the Joint Motion for Extension of Discovery Deadline (ECF No. 38) should be **GRANTED**, and the Discovery Deadline is continued until June 23, 2025. The parties are reminded, as set forth in the Final Scheduling Order (ECF No. 15), that except in extraordinary circumstances, problems with discovery, which are not brought to the Court's attention in time for the opponent to make a proper response and for the Court to make an informed ruling before the close of discovery, will be deemed waived. Further, the deadline to file Dispositive Motions remains June 23, 2025. Any request to extend other deadlines as set out in the Final Scheduling Order will require the filing of a separate motion.

**IT IS SO ORDERED this 2nd day of June 2025.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE